**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SANDRA LAURENTANO,

    Plaintiff,

v.

                               CASE NO.:  5:16-cv-00627-PGB-PRL

CITIBANK, N.A.,

    Defendant.
_____

## NOTICE OF SETTLEMENT

**PLAINTIFF,** SANDRA LAURENTANO, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, SANDRA LAURENTANO, and Defendant, CITIBANK, N.A., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on April 19, 2017, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                                        */s/Stefan A. Alvarez*
                                        Stefan A. Alvarez, Esq.
                                        Florida Bar No.:  100681
                                        Stefan@TheConsumerProtectionFirm.com
                                        William Peerce Howard, Esq.
                                        Florida Bar No.:  0103330
                                        Billy@TheConsumerProtectionFirm.com
                                        THE CONSUMER PROTECTION FIRM, PLLC
                                        210-A South MacDill Avenue
                                        Tampa, FL 33609
                                        Telephone: (813) 500-1500
                                        Facsimile: (813) 435-2369
                                        *Attorney for Plaintiff*